UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT, INC., FRANK COSTANZO,<br><br>       Plaintiffs,<br><br>    v.<br><br>COUNTY OF LAKE, CALIFORNIA,<br><br>       Defendant.<br>_____/ | No. C-04-4959 CRB (EMC)<br><br>**NOTICE AND ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference, to be held telephonically, is scheduled for **October 3, 2005, at 10:00 a.m.** before Magistrate Judge Edward M. Chen. The Court shall initiate the conference call.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

- ♦ **Brief updated Settlement Conference statements shall be lodged with the Court by September 26, 2005. If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

1 | The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)
2 | 522-4050 if this case settles prior to the date set for Further Settlement Conference.

Dated: June 28, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge