Amitai Schwartz (CSB #55187)
Lisa Sitkin (CSB #194127)
Law Offices of Amitai Schwartz
2000 Powell Street, Suite 1286
Emeryville, CA  94608
(510) 597-1775 (voice)
(510) 597-0957 (fax)
email: attorneys@schwartzlaw.com

Attorney for Plaintiffs,
 PSG Properties and Support, Inc.
   and Frank Costanzo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LAKE, CALIFORNIA, et al., <br><br> Defendants. | NO.  CV-04-4959 CRB EMC <br><br> Further Stipulation and Order Re: Stay and Environmental Study <br><br><br> Hon. Edward M. Chen <br> United States Magistrate Judge |

A further settlement conference was held in this matter by telephone with the Hon. Edward M. Chen, United States Magistrate Judge, on October 11, 2005. Amitai Schwartz represented plaintiffs; Gary Lepper represented defendants.

Consistent with their agreement during the conference on October 11, 2005, the parties agreed, subject to the approval of the Court, to modify the stipulation and order previously filed on May 23, 2005, as follows:

1.  That, in order to provide time for preparation of the report contemplated by the parties and to reduce the expense of the litigation, inter-party discovery will be stayed and enforcement, direct or indirect, by Lake County against plaintiff for lack of a use permit will not be undertaken through and

1

including April 30, 2006, subject to further extension by mutual agreement and approval of the Court.

    2.    That, the report contemplated by the parties may take any form acceptable to the County of Lake and need not meet all requirements of a focused EIR, provided it is otherwise acceptable.

    3.    That, the parties will request, at the case management conference on November 4, 2005, that the Court accommodate both parties' agreed six month stay to allow preparation and submission of the report.

It is so stipulated.

Dated: October 13, 2005    LAW OFFICES OF AMITAI SCHWARTZ

        /s/
Amitai Schwartz
Attorney for Plaintiffs

Dated: October 13, 2005    LEPPER & HARRINGTON

        /s/
Gary M. Lepper
Attorney for Defendant

ORDER

It is so ordered.

Dated:  October 19, 2005

Edward M. C[hen]
United States [Magistrate Judge]

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*