**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7

8   PSG PROPERTIES AND SUPPORT, INC.,            No. C-04-4959 CRB (EMC)
    FRANK COSTANZO,
9
              Plaintiffs,                        **NOTICE AND ORDER SCHEDULING**
10                                               **FURTHER SETTLEMENT**
         v.                                      **CONFERENCE**
11
    COUNTY OF LAKE, CALIFORNIA,
12
              Defendant.
13   _____/

14

15      TO ALL PARTIES AND COUNSEL OF RECORD:

16          You are hereby notified that a Further Settlement Conference, to be held telephonically, is

17   scheduled for **February 13, 2006, at 10:00 a.m.** before Magistrate Judge Edward M. Chen.  The

18   Court shall initiate the conference call.

19          Lead counsel who will try the case shall appear at the telephonic Further Settlement

20   Conference with the parties and with the person or persons having full authority to negotiate and to

21   settle the case.

22      ◆   **Brief updated Settlement Conference statements shall be lodged with the Court**

23          **by February 6, 2006.  If this case is designated as an electronic filing ("e-filing")**

24          **case, statements must be lodged by hard copy only and should not be**

25          **electronically filed.**

26          All other provisions of this Court's original Notice of Settlement Conference and Settlement

27   Conference Order shall remain in effect.

28

United States District Court

For the Northern District of California

1     The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)

2     522-4050 if this case settles prior to the date set for Further Settlement Conference.

3

4     Dated:  January 9, 2006

5                                                          _____
                                                          EDWARD M. CHEN
6                                                          United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28