GARY M. LEPPER, SBN 45498
LEPPER & HARRINGTON
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
Telephone: (925) 256-6180
Facsimile: (925) 943-6190

Attorneys for Defendant
County of Lake

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT INC., FRANK COSTANZO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, CALIFORNIA, and DOES 1 through 15,<br><br>Defendants. | Case No: C 04 4959 CRB (EMC)<br><br>**ORDER VACATING PRIOR ADMINISTRATIVE DENIAL OF USE PERMIT BY THE LAKE COUNTY BOARD OF SUPERVISORS; REFERRING FOR FURTHER CONSIDERATION; AND SETTING FURTHER TELEPHONIC SETTLEMENT CONFERENCE** |

On November 17, 2004, the Lake County Board of Supervisors held a further hearing on a citizens' appeal from the Lake County Planning Commission's approval of PSG Properties and Support Inc.'s application for a use permit for a community care facility at PSG site (located at 9890 and 10155 Socrates Mine Road, Middletown; APN013-058-11 and 013-058-12). On December 21, 2004, the Board denied the use permit application and granted the appeal of "Anderson Springs Community Alliance," though solely citing the need for further analysis and recommendations regarding the site's wastewater disposal system.

The Board's December 21, 2004 denial is hereby vacated and referred to the Board for the single determination, on or before April 18, 2006, whether the use permit application should be granted in light of the wastewater disposal system analysis since submitted by PSG to Lake County (pursuant to prior stipulation between the parties and consequent order).

ORDER                                         1

1    Consistent with the "Stipulation and Order" of May 23, 2005 and the "Further Stipulation
2 and Order" of October 23, 2005, (1) inter-party discovery will remain stayed and (2) enforcement,
3 direct or indirect, by Lake County against the plaintiffs for lack of an use permit will not be
4 undertaken.

5    A further telephone conference is set for April 21, 2006, at 9:30 a.m., to ascertain whether
6 the use permit has been issued and to decide what further proceedings may be appropriate.

7    IT IS SO ORDERED.

8 Dated: March 30, 2006

11    _____
12    EDWARD M. CHEN
     U.S. Magistrate Judge

13    Approved as to form.

15    LAW OFFICES OF NEIL JON BLOOMFIELD

17    /s/ Neil Jon Bloomfield

18    _____
     NEIL JON BLOOMFIELD
19    Attorney for plaintiffs, PSG, et al.

21    LEPPER & HARRINGTON

22    /s/ Gary M. Leper

24    _____
     GARY M. LEPPER
25    Attorneys for defendant, County of Lake

ORDER                               2