GARY M. LEPPER, SBN 45498
LEPPER & HARRINGTON
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for defendant
County of Lake

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT INC., FRANK COSTANZO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, CALIFORNIA, and DOES 1 through 15,<br><br>　　　　Defendants.<br>_____ | Case No.  C 04 4959 CRB<br><br>**STIPULATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** |

　　Because of the circumstances of the continuing settlement discussions before Magistrate Judge Chen, the parties request and stipulate that the further case management conference presently scheduled for Friday, May 12, 2006, at 8:30 a.m., be continued to Friday, June 2, 2006, at 8:30 a.m. In so stipulating, the parties understand that Judge Chen shall have confirmed the worthiness of this request by separate communication.

　　IT IS SO requested and stipulated this 21st day of April 2006:

　　　　　　　　　　　　　　　　　　LAW OFFICES OF NEIL JON BLOOMFIELD

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NEIL JON BLOOMFIELD
　　　　　　　　　　　　　　　　　　Attorney for plaintiffs

///

1

LEPPER & HARRINGTON

/S/

_____
GARY M. LEPPER
Attorneys for defendant
County of Lake

ORDER OF CONTINUANCE

As the parties have stipulated, so is the further case management conference continued from Friday, May 12, 2006, at 8:30 a.m., to Friday, June ~~2~~ 16, 2006 at 8:30 a.m., before Judge Charles R. Breyer.

SO ORDERED this 26th day of April 2006.



_____
CHARLES R. BREYER
U.S. District Judge

2