LAW OFFICES OF NEIL JON BLOOMFIELD
Neil Jon Bloomfield, Esq. (SB#52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:   415-457-5348

Attorneys for Plaintiffs PSG Properties
Support Inc and Frank Costanzo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT INC., FRANK COSTANZO, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LAKE, CALIFORNIA, and DOES 1 through 15, <br><br> Defendants. | Case No: C 04 4959 CRB (EMC) <br><br> **ORDER SETTING FURTHER TELEPHONIC SETTLEMENT CONFERENCE** |

On April 21, 2006 a telephonic settlement conference was held. A further telephonic settlement conference is now set for May 15, 2006 at 4:00 PM.

The parties presently have an order in effect (1) staying all non-third party discovery, and (2) restraining any and all enforcement activity by Lake County against Plaintiffs. Good cause appearing, and based on the stipulation of the parties, this prior order is hereby extended and shall now remain in effect until either party gives thirty days notice to the other of a request to eliminate the discovery stay and/or a request to modify the restraint on enforcement activity. If such a request is made, a further telephonic conference with the Court will be held to determine the procedure to

/

/

ORDER EXTENDING DISCOVERY STAY AND RESTRAINING ORDER & SETTING FURTHER
TELEPHONIC SETTLEMENT CONFERENCE FOR MAY 15, 2006                                                   1

1
2   lift the stay and/or to consider any modification that might be appropriate to the present injunction
3   against enforcement activity.
4
5                          IT IS SO ORDERED.
6
7   Dated: ~~April~~  May 18, 2006 , 2006
8
9
10  _____
11  EDWARD M. CHEN
    Magistrate Judge
12       Approved:
13
14       LAW OFFICES OF NEIL JON BLOOMFIELD
15                                                    Dated: April 25, 2006
16       _____/s/_____
         NEIL JON BLOOMFIELD
17       Attorney for plaintiffs, PSG, et al.
18
19       LEPPER & HARRINGTON
                                                      Dated:
20       _____/s/_____
         GARY M. LEPPER
21       Attorneys for defendant, County of Lake
22
23
24
25
26
27

ORDER EXTENDING DISCOVERY STAY AND RESTRAINING ORDER & SETTING FURTHER
TELEPHONIC SETTLEMENT CONFERENCE FOR MAY 15, 2006        2