1  GARY M. LEPPER, SBN 45498
   LEPPER & HARRINGTON
2  1600 S. Main Street, Suite 305
   Walnut Creek, CA 94596
3  (925) 256-6180
   (925) 943-6190 (fax)
4
5  Attorneys for defendant
   County of Lake
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11 PSG PROPERTIES AND SUPPORT INC.,   ) Case No.  C 04 4959 CRB
   FRANK COSTANZO,                    )
12                                    ) **STIPULATION FOR CONTINUANCE**
        Plaintiffs,                   ) **OF FURTHER CASE MANAGEMENT**
13                                    ) **CONFERENCE**
   v.                                 )
14                                    )
   COUNTY OF LAKE, CALIFORNIA, and    )
15 DOES 1 through 15,                 )
                                      )
16      Defendants.                   )
   _____)
17
        Because of the circumstances of the continuing settlement discussions before Magistrate Judge
18
   Chen, the parties request and stipulate that the further case management conference presently
19
   scheduled for Friday, June 16, 2006, at 8:30 a.m., be continued to Friday, October 20, 2006, at 8:30
20
   a.m.  In so stipulating, the parties understand that Magistrate Judge Chen shall have confirmed the
21
   worthiness of this request by separate communication.
22
        IT IS SO requested and stipulated this 31st day of May 2006:
23
                                            LAW OFFICES OF NEIL JON BLOOMFIELD
24
                                                 /s/
25                                          _____
                                            NEIL JON BLOOMFIELD
26                                          Attorney for plaintiffs
27 ///

                                            1

```
                              LEPPER & HARRINGTON

                                      /s/
                              _____
                              GARY M. LEPPER
                              Attorneys for defendant
                              County of Lake
```

ORDER OF CONTINUANCE

As the parties have stipulated, so is the further case management conference continued from Friday, June 16, 2006, at 8:30 a.m., to Friday, October 20, 2006 at 8:30 a.m., before Judge Charles R. Breyer.

SO ORDERED this <u>2nd</u> day of June 2006.

_____
CHARLES R. BREYER
U.S.D.J.



2