```
LAW OFFICES OF NEIL JON BLOOMFIELD
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:   415-457-5348


Attorneys for Plaintiffs PSG Properties
Support Inc and Frank Costanzo
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT, INC. AND FRANK COSTANZO<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LAKE, CALIFORNIA AND DOES I-15,<br><br>    Defendants. | **No. CV 04 4959 CRB**<br><br>**STIPULATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** |

Because of the circumstances of the continuing settlement discussions before Magistrate Judge Chen, the parties request and stipulate that the further case management conference presently scheduled for Friday, October 20, 2006 at 8:30 a.m., be continued to Friday, March 9, 2007, at 8:30 a.m.  In so stipulating, the parties understand that Magistrate Judge Chen shall have confirmed the worthiness of this request by separate communication.

IT IS SO requested and stipulated this 3rd day of October, 2006:

LAW OFFICES OF NEIL JON BLOOMFIELD

/s/
_____
NEIL JON BLOOMFIELD
Attorney for Plaintiffs
PSG Properties and Support Inc.,
and Frank Costanzo

LEPPER & HARRINGTON

/s/
_____
GARY M. LEPPER
Attorneys for defendant
County of Lake

ORDER OF CONTINUANCE

As the parties have stipulated, so is the further case management conference continued from Friday, October 20, 2006 at 8:30 a.m., to Friday, March 9, 2007, before Judge Charles R. Breyer.

SO ORDERED this __5th__ day of October, 2006.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 2 -
STIPULATION FOR CONTINUANCE
OF FURTHER CASE MANAGEMENT CONFERENCE