```
LAW OFFICES OF NEIL JON BLOOMFIELD
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:   415-457-5348


Attorneys for Plaintiffs PSG Properties
Support Inc and Frank Costanzo
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT, INC. AND FRANK COSTANZO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LAKE, CALIFORNIA AND DOES I-15,<br><br>    Defendants. | **No. CV 04 4959 CRB**<br><br>**STIPULATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** |

Because of the circumstances of the continuing settlement discussions before Magistrate Judge Chen, the parties request and stipulate that the further case management conference presently scheduled for Friday, March 9, 2007 at 8:30 a.m., be continued to Friday, July 20, 2007, at 8:30 a.m.  In so stipulating, the parties understand that Magistrate Judge Chen shall have confirmed the worthiness of this request by separate communication.

IT IS SO requested and stipulated this 17th day of January, 2007:

```
                         LAW OFFICES OF NEIL JON BLOOMFIELD


                                /s/
                         _____
                         NEIL JON BLOOMFIELD
                         Attorney for Plaintiffs
                         PSG Properties and Support Inc.,
                         and Frank Costanzo



                         LEPPER & HARRINGTON


                                /s/
                         _____
                         GARY M. LEPPER
                         Attorneys for defendant
                         County of Lake
```

ORDER OF CONTINUANCE

As the parties have stipulated, so is the further case management conference continued from Friday, March 7, 2007 at 8:30 a.m., to Friday, July 20, 2007, at 8:30 a.m., before Judge Charles R. Breyer.

SO ORDERED this __14__ day of ~~January,~~ February 2007.

```
                         _____
                         CHARLES R. BREYER
                         UNITED STATES DISTRICT JUDGE
```

IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -
STIPULATION FOR CONTINUANCE
OF FURTHER CASE MANAGEMENT CONFERENCE