LAW OFFICES OF NEIL JON BLOOMFIELD
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:   415-457-5348


Attorneys for Plaintiffs PSG Properties
Support Inc and Frank Costanzo

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT, INC. AND FRANK COSTANZO ) ) ) | **No. CV 04 4959 CRB** |
|     Plaintiffs, ) ) | **STIPULATION FOR CONTINUANCE OF** |
|     vs. ) ) | **FURTHER CASE MANAGEMENT CONFERENCE** |
| COUNTY OF LAKE, CALIFORNIA AND DOES I-15, ) ) ) | |
|     Defendants. ) | |

Because of the circumstances of the continuing settlement discussions before Magistrate Judge Chen, the parties request and stipulate that the further case management conference presently scheduled for Friday July 20, 2007 at 8:30 a.m., be continued to Friday, November 2, 2007, at 8:30 a.m.  In so stipulating, the parties understand that Magistrate Judge Chen shall have confirmed the worthiness of this request by separate communication.

1    IT IS SO requested and stipulated:

2                               LAW OFFICES OF NEIL JON BLOOMFIELD

3    May 3, 2007

4

5                               _____/s/_____
                                NEIL JON BLOOMFIELD
6                               Attorney for Plaintiffs
                                PSG Properties and Support Inc.,
7                               and Frank Costanzo

8

9                               LEPPER & HARRINGTON

10

11
     May 3, 2007
12                              _____/s/_____
                                GARY M. LEPPER
13                              Attorneys for defendant
                                County of Lake
14

15

16                   ORDER OF CONTINUANCE

17
        As the parties have stipulated, so is the further case
18
     management conference continued from Friday, July 20, 2007, at 8:30
19
     a.m., to Friday, November 02, 2007, at 8:30 a.m., before Honorable
20
     Judge Charles R. Breyer.
21
        SO ORDERED this _8th_ day of May, 2007.
22

23

24

25                              _____
                                CHARLES R. BREYER
26                              UNITED STATES DIS
27

28   _____