```
 1  GARY M. LEPPER, SBN 45498
    FURAH Z. FARUQUI, SBN 233083
 2  LEPPER & HARRINGTON
    1600 S. Main Street, Suite 305
 3  Walnut Creek, CA 94596
    Telephone: (925) 256-6180
 4  Facsimile: (925) 943-6190

 5  Attorneys for Defendant
    County of Lake
 6
```

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT INC., FRANK COSTANZO, | Case No: C 04 4959 CRB |
| Plaintiffs, | STIPULATED REQUEST FOR ORDER CHANGING DATE OF SETTLEMENT CONFERENCE; ORDER |
| v. | |
| COUNTY OF LAKE, CALIFORNIA, and DOES 1 through 15, | |
| Defendants. | |

The parties hereby stipulate that the settlement conference currently scheduled for Thursday, September 20, at 4:00 p.m., may be continued to October 1, 2007, at 4:00 p.m., due to the unavailability of the attorney for defendant County of Lake. The settlement conference will occur by telephone call initiated by Magistrate Chen.

IT IS SO STIPULATED.

Dated: September 19, 2007          LEPPER & HARRINGTON

                                   _____
                                   Gary M. Lepper
                                   Attorneys for defendant County of Lake

Dated: September 10, 2007          LAW OFFICES OF NEIL JON BLOOMFIELD

                                   _____
                                   Neil Jon Bloomfield
                                   Attorney for Plaintiffs

STIPULATED REQUEST FOR ORDER                1                    F:\CASE\PSG\p\Stip.Sett.Conf.doc
CHANGING DATE OF SETTLEMENT CONFERENCE

1 | As the parties have stipulated, SO IS IT NOW ORDERED.

2

Dated: 9/19/07



EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATED REQUEST FOR ORDER         2         F:\CASE\PSG\p\Stip.Sett.Conf.doc
CHANGING DATE OF SETTLEMENT CONFERENCE