1  LAW OFFICES OF NEIL JON BLOOMFIELD
2  Neil Jon Bloomfield, Esq. (State Bar No. 52235)
   901 E Street, Suite 100
3  San Rafael, CA 94901
   Telephone:  415-454-2294
4  Facsimile:   415-457-5348

5

6  Attorneys for Plaintiffs PSG Properties
   Support Inc and Frank Costanzo

7

8                    UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 PSG PROPERTIES AND SUPPORT, INC.   )
   AND FRANK COSTANZO                 )    **No. CV 04 4959 CRB**
                                      )
12      Plaintiffs,                   )
                                      )    **STIPULATION FOR CONTINUANCE OF**
13      vs.                           )    **FURTHER CASE MANAGEMENT CONFERENCE**
                                      )
14 COUNTY OF LAKE, CALIFORNIA         )
   AND DOES I-15,                     )
15                                    )
        Defendants.                   )
16 _____)

17      Because of the circumstances of the continuing settlement

18  discussions before Magistrate Judge Chen, the parties request and

19  stipulate that the further case management conference presently

20  scheduled for Friday November 2, 2007 at 8:30 a.m., be continued to

21  Friday, February 8, 2008 at 8:30 a.m.  In so stipulating, the

22  parties understand that Magistrate Judge Chen shall have confirmed

23  the worthiness of this request by separate communication.

24

25

26

27

28
                                 - 1 -
                   STIPULATION FOR CONTINUANCE
               OF FURTHER CASE MANAGEMENT CONFERENCE

1    IT IS SO requested and stipulated:

2                         LAW OFFICES OF NEIL JON BLOOMFIELD

3    October 3, 2007       /S/ Neil Jon Bloomfield

4

5                         _____

6                         NEIL JON BLOOMFIELD
                          Attorney for Plaintiffs
7                         PSG Properties and Support Inc.,
                          and Frank Costanzo

8

9                         LEPPER & HARRINGTON

10

11
     October 3, 2007       /S/ Gary M. Lepper
12

13                         _____

14                         GARY M. LEPPER
                          Attorneys for defendant
15                         County of Lake

16
                          ORDER OF CONTINUANCE
17

18       As the parties have stipulated, so is the further case

19   management conference continued from Friday, November 8, 2007, at

20   8:30 a.m., to Friday, February 08      2008, at 8:30 a.m., before

21   Honorable Judge Charles R. Breyer.

22       SO ORDERED this __10th__ day of October, 2007.

23

24

25                         _____
                          CHARLES R. BREYER
26                         UNITED STATES DISTRICT

27

28
                                   – 2 –
                       STIPULATION FOR CONTINUANCE
                  OF FURTHER CASE MANAGEMENT CONFERENCE

IT IS SO ORDERED
Judge Charles R. Breyer