LAW OFFICES OF NEIL JON BLOOMFIELD
Neil Jon Bloomfield, Esq. (State Bar No. 52235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone:  415-454-2294
Facsimile:   415-457-5348


Attorneys for Plaintiffs PSG Properties
Support Inc and Frank Costanzo

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT, INC. AND FRANK COSTANZO<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LAKE, CALIFORNIA AND DOES I-15,<br><br>    Defendants. | **No. CV 04 4959 CRB**<br><br>**STIPULATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** |

Because of the circumstances of the continuing settlement discussions before Magistrate Judge Chen, the parties request and stipulate that the further case management conference presently scheduled for Friday February 8, 2007 at 8:30 a.m., be continued to Friday, June 6, 2008 at 8:30 a.m.  In so stipulating, the parties understand that Magistrate Judge Chen shall have confirmed the worthiness of this request by separate communication.

IT IS SO requested and stipulated:

        LAW OFFICES OF NEIL JON BLOOMFIELD

January 28, 2008  /S/ Neil Jon Bloomfield

_____
NEIL JON BLOOMFIELD
Attorney for Plaintiffs
PSG Properties and Support Inc.,
and Frank Costanzo

        LEPPER & HARRINGTON

January 29, 2008  /S/ Gary M. Lepper

_____
GARY M. LEPPER
Attorneys for defendant
County of Lake

## ORDER OF CONTINUANCE

As the parties have stipulated, so is the further case management conference continued from Friday, February 8, 2008, at 8:30 a.m., to Friday, June 6, 2008, at 8:30 a.m., before Honorable Judge Charles R. Breyer.

SO ORDERED this __30th__ day of __January__, 2008.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*