GARY M. LEPPER, SBN 45498
FURAH Z. FARUQUI, SBN 233083
LAW OFFICES OF GARY M. LEPPER
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
Telephone: (925) 256-6180
Facsimile: (925) 943-6190

Attorneys for Defendant
County of Lake

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG PROPERTIES AND SUPPORT INC., FRANK COSTANZO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, CALIFORNIA, and DOES 1 through 15,<br><br>Defendants. | Case No: C 04 4959 CRB<br><br>**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE; ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED that this lawsuit may be dismissed, without prejudice, each party to bear its own fees (attorneys' and experts') and costs. Each attorney represents and affirms that he is authorized by his client(s) to so stipulate, effective May 23, 2008.

LAW OFFICES OF NEIL JON BLOOMFIELD

/s/

Neil Jon Bloomfield
Attorney for plaintiffs PSG Properties and Support Inc. and Frank Costanzo


LAW OFFICES OF GARY M. LEPPER

/s/

Gary M. Lepper
Attorneys for defendant County of Lake

1   ORDER OF DISMISSAL

2   IT IS HEREBY ORDERED that this lawsuit is dismissed, without prejudice, with the
3   parties to bear their own costs and attorneys' fees.

8   Signed: May 28, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATON FOR DISMISSAL
WITHOUT PREJUDICE AND ORDER

2

F:\CASE\PSG\p\Stip.Dismissal.w-o prej.doc